PROB 12B
(7/93)

Report Date: August 31, 2011

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 31 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Donald Michael Jay                Case Number: 2:05CR00135-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 2/23/2006               Type of Supervision: Supervised Release

Original Offense: Possession of a Stolen Firearm, 18 U.S.C. § 922(j)           Date Supervision Commenced: 8/26/2011

Original Sentence: Prison - 84 Months;
TSR - 36 Months                                    Date Supervision Expires: 8/25/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Jay was released from Bureau of Prisons' custody on August 26, 2011, after he refused to participate in a reentry center placement (RRC). Since arriving in Spokane, Washington, Mr. Jay has not established a stable residence and is now requesting an RRC placement.

Mr. Jay has voluntarily signed the attached waiver of hearing after being advised of his right to a hearing before Your Honor and assistance of counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/31/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: Jay, Donald Michael
August 31, 2011
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

8/31/2011
Date