PROB 12C
(7/93)

Report Date: October 14, 2011

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donald Michael Jay     Case Number: 2:05CR00135-001

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 2/23/2006

Original Offense:      Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:     Prison - 84 Months;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   U.S. Attorney's Office        Date Supervision Commenced: 8/26/2011

Defense Attorney:      Kathleen Moran                Date Supervision Expires: 8/25/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 20**: You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |

**Supporting Evidence**: Mr. Jay is considered in violation of his conditions of supervised release by failing to abide by the rules and requirements of the residential reentry center (RRC) and being unsuccessfully discharged on October 14, 2011.

On October 14, 2011, the undersigned officer received a call from the RRC Director, Tamara Chamberlain, stating that Mr. Jay was making threats to other residents of the facility and being insolent and swearing at staff. Ms. Chamberlain stated that for the safety and security of the staff and other residents, Mr. Jay was terminated from the program unsuccessfully.

In addition, Ms. Chamberlain submitted written documentation outlining Mr. Jay's specific behaviors.

Prob12C
Re: Jay, Donald Michael
October 14, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 14, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

C. Ambrogan, USMJ
for Judge RHW

Signature of Judicial Officer

10-14-2011

Date