# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

February 8, 2012

SCOTT M. MORSE, SR.
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

BRANCH OFFICES
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 10 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

The Honorable Robert H. Whaley
Senior U.S. District Judge
Thomas S. Foley U.S. Courthouse
920 West Riverside
Spokane, WA 99210

RE: Jay, Donald M.
Docket No.: CR-05-0135-RHW
**Request for Early Release from Residential Reentry Center**

Dear Judge Whaley:

On November 9, 2011, Donald Jay appeared before Your Honor in regard to a supervised release violation which occurred on November 3, 2011, for failure to comply with the requirements of the Port of Hope Residential Reentry Center (RRC). The Court reserved imposition of sentence, and continued this hearing to allow the defendant to receive a mental health assessment. Additionally, Mr. Jay was placed at the Spokane RRC for a period of up to 180 days.

Since his release to the Spokane RRC, Mr. Jay has complied with all conditions of his placement and has been actively participating in mental health treatment through the Veteran's Administration. On February 6, 2012, the Veteran's Center considered Mr. Jay for placement in one of their transitional housing programs, and found him appropriate. The Veteran's Center has offered Mr. Jay transitional housing at the Carlisle Hotel, effective February 8, 2012. Therefore, it is requested that Mr. Jay be allowed to release from the RRC.

Sincerely,

s/M. D. Elvin
M.D. Elvin
Deputy Chief U.S. Probation Officer

ME:mo

Re: Jay, Donald M.
February 8, 2012
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

2/10/12
Date